UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: _____

Case Name: _____ vs. _____

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

_____

_____

☐ Appellant      ☐ Petitioner       ☐ Amicus Curiae   ☐ Criminal Justice
☐ Appellee       ☐ Respondent       ☐ Intervenor          Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  Check if you are lead counsel. ☐

Name: _____        Admitted: _____
                                                     (Sixth Circuit admission date only)

Signature: _____

Firm Name: _____

Business Address: _____

Suite: _____  City/State/Zip: _____

Telephone Number: (Area Code) _____   Fax: _____

Primary E-mail Address: _____

Additional E-mail Address: _____

---

CERTIFICATE OF SERVICE

I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/_____
_____
_____

---

6ca-68
9/08